UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEN MOOREHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>CA CULINARY COLLEGE IN SAN FRANCISCO, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>    Defendants. | Case No.: C 13-02795-KAW<br><br>ORDER DISMISSING CASE WITHOUT PREJUDICE |

On June 18, 2013, Plaintiff Ken Moorehead, proceeding pro se, filed a complaint against the California Culinary College and the U.S. Department of Education in connection with student loans he obtained in 2009. (Dkt. No. 1.) On June 24, 2013, Plaintiff consented to proceed before a magistrate judge for all proceedings. (Dkt. No. 4.) On July 3, 2013, the Court dismissed Plaintiff's complaint with leave to amend within 30 days. (Dkt. No. 5.) Plaintiff's last day to file an amended complaint was August 5, 2013.

Plaintiff did not file a first amended complaint as ordered, so the Court dismisses this action without prejudice for failure to prosecute. The Clerk shall close the case.

IT IS SO ORDERED.

Dated: August 26, 2013

KANDIS A. WESTMORE
United States Magistrate Judge